**2010–1662. Koenig v. Vrable II, Inc.**
Cuyahoga App. No. 95252. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.